# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA

IN RE:  Richard S Erb  
       Heidi L Brennan-Erb  
       Debtor(s)

CHAPTER 13  
CASE NO. 17-60676

---

Roundpoint Mortgage Servicing Corporation

    Movant

v.

Richard S Erb  
Heidi L Brennan-Erb  
    Respondent(s)

## ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Comes now the Debtor, by counsel and answers the movants' motion as follows:

1. Debtors admit the allegations contained in paragraphs 1, 2, 3, 4, 5, 6 and 11 of the movants' motion.

2. Debtor(s) can neither admit or deny the allegations contained in paragraph(s) 8 and 9 because the Movant has not supplied a current pay history in order to verify the accuracy of the figures alleged.

3. Debtor(s) can neither admit or deny the allegations contained in paragraph(s) 7 because the Movant has not supplied a current pay off statement in order to verify the accuracy of the figures alleged.

4. Debtors deny the allegations contained in paragraph 10 because legal fees are exorbitant and unreasonable.

5. Debtors deny the allegations contained in paragraph 12 and 13 demands strict proof thereof.

Wherefore the Debtor(s), moves that the motion to lift stay be denied, that the Movant provide strict proof of the delinquency claims.

Dated: 02/14/2020					Richard S Erb
							Heidi L Brennan-Erb
							By: /s/ Stephen E. Dunn, Esq.

Stephen E. Dunn, Esq
Michelle J. Dunn, Esq.
Stephen E. Dunn, PLLC
201 Enterprise Drive, Suite A
Forest, VA. 24551

## CERTIFICATE OF SERVICE

I certify that a copy of the preceding answer has been served via ECF to attorney for the creditor on this *14th day of February, 2020*.

					/s/ Stephen E. Dunn, Esq.