UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| In re: Richard S Erb<br>Heidi L Brennan-Erb<br><br>**DEBTOR(S)** | CASE NO. 17-60676<br>CHAPTER: 13 |
|---|---|
| Roundpoint Mortgage Servicing Corporation<br><br>**MOVANT(S)**<br><br>v.<br><br>Richard S Erb<br>Heidi L Brennan-Erb<br>**HERBERT L. BESKIN, TRUSTEE**<br>**RESPONDENT(S)** | |

## RESPONDENT'S CERTIFICATION REQUIRED WITH RESPECT TO MOTION FOR RELIEF FROM STAY

1. If different from Movant's certification, description of Property:

   _same as referenced in the motion for relief_

2. Respondent's valuation of property: $ _189,300.00_

   Basis for such valuation: _Debtor(s) bankruptcy schedules_

   Appraisal or other documentation of such valuation, if attached, is identified as Respondent's Exhibit A.

I HEREBY CERTIFY, as a Member of the Bar of this Court, that I represent the above-named Respondent(s) and that the information contained herein is true according to the best of my knowledge and belief.

DATED: 02/14/2020

/s/ Stephen E. Dunn
Signature of Respondent's Attorney

***ALL BLANKS MUST BE COMPLETED.

IF THE ANSWER IS NONE OR NOT
APPLICABLE, PLEASE SO STATE.

Stephen E. Dunn, Esq.
Michelle J. Dunn, Esq.
Stephen E. Dunn, PLLC
201 Enterprise Drive, Ste. A
Forest, VA 24551