# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

IN RE: Richard S Erb                           CHAPTER 13
       Heidi Brennan-Erb                CASE NO. 17-60676
       Debtor(s)

---

Freedom Mortgage Corporation

    Movant

v.

Richard S Erb
Heidi Brennan-Erb
Respondent(s)

## ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Comes now the Debtor, by counsel and answers the movants' motion as follows:

1. Debtor(s) admit the allegations contained in paragraphs 1, 2, 3, 4, 5, 6, 7, 10 and 11 of the movants' motion.

2. Debtor(s) does not admit or deny allegations in paragraph 8 and 9 as debtor(s) allege that payments have been made as of date of filing this answer and a current pay history has not been received.

3. Debtors deny the allegations contained in paragraph 12 of the movants' motion and demands strict proof thereof.

Wherefore the Debtor(s), moves that the motion to lift stay be denied, that the Movant provide strict proof of the delinquency claims.

Dated: 04/05/2021                        Richard S Erb
                                         Heidi Brennan-Erb
                                         By: /s/ Stephen E. Dunn, Esq.

Stephen E. Dunn, Esq., VSB No. 26355
Michelle J. Dunn, Esq., VSB No. 90687

Stephen E. Dunn, PLLC
201 Enterprise Dr., Suite A
Forest, Va. 24551
Phone: 434-385-4850
Email: stephen@stephendunn-pllc.com
       michelle@stephendunn-pllc.com

## CERTIFICATE OF SERVICE

I certify that a copy of the preceding answer has been served via ECF to attorney for the creditor on this **5th day of April, 2021.**

/s/ Stephen E. Dunn, Esq.