UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| In re: RICHARD S ERB<br>HEIDI BRENNAN-ERB<br>DEBTOR(S) | CASE NO. 17-60676<br>CHAPTER: 13 |
|---|---|
| EMBRACE HOME LOANS, INC<br>MOVANT(S)<br><br>v.<br><br>RICHARD S ERB<br>HEIDI BRENNAN-ERB<br><br>HERBERT L. BESKIN, TRUSTEE<br>RESPONDENT(S) | |

RESPONDENT'S CERTIFICATION REQUIRED WITH
RESPECT TO MOTION FOR RELIEF FROM STAY

1. If different from Movant's certification, description of Property:

   same as referenced in the motion for relief

2. Respondent's valuation of property: $ 209,700.00

   Basis for such valuation: Debtor(s) bankruptcy schedules

   Appraisal or other documentation of such valuation, if attached, is identified as Respondent's Exhibit A.

I HEREBY CERTIFY, as a Member of the Bar of this Court, that I represent the above-named Respondent(s) and that the information contained herein is true according to the best of my knowledge and belief.

DATED: 11/8/2021                    /s/ Stephen E. Dunn
                                    Signature of Respondent's Attorney

***ALL BLANKS MUST BE COMPLETED.     Stephen E. Dunn, Esq.
                                    Michelle J. Dunn, Esq.
   IF THE ANSWER IS NONE OR NOT      Stephen E. Dunn, PLLC
   APPLICABLE, PLEASE SO STATE.      201 Enterprise Drive, Ste. A
                                    Forest, VA 24551