

**SIGNED THIS 4th day of January, 2022**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| IN RE:<br>RICHARD S. ERB<br>HEIDI L. BRENNAN-ERB<br>    Debtors | Case No. 17-60676-RBC<br><br>Chapter 13 |
| _____<br>FREEDOM MORTGAGE CORPORATION<br>    Movant<br>v.<br>RICHARD S. ERB<br>HEIDI L. BRENNAN-ERB<br>    Debtors/Respondents<br>and<br>HERBERT L. BESKIN<br>    Trustee/Respondent | |

### ORDER WITHDRAWING MOTION FOR RELIEF FROM AUTOMATIC STAY

Upon the request of the Movant, Freedom Mortgage Corporation, by and through counsel, to withdraw, without prejudice, its Motion for Relief from the Automatic Stay (the "Motion") filed on October 22, 2021 with respect to the real property known as 587 Toll Gate Road, Concord, VA 24538.

IT IS ORDERED that the Motion is hereby withdrawn, without prejudice.

**END OF ORDER**

**I ASK FOR THIS:**

 /s/ Katherine Dickinson
Katherine Dickinson, VSB# 89117
BWW Law Group, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA  23229
(804) 282-0463 (phone)
Katie.Dickinson@bww-law.com
*Counsel for the Movant*

**SEEN AND AGREED:**

 /s/ Michelle J. Dunn            for
Stephen E. Dunn, Esq.
201 Enterprise Drive, Suite A
Forest, VA 24551
*Counsel for the Debtor*

**SEEN:**

 /s/ Herbert L. Beskin
Herbert L. Beskin, Trustee
123 East Main St., Ste. 310
Charlottesville, VA 22902
*Chapter 13 Trustee*

## CERTIFICATION

     I HEREBY CERTIFY that upon entry of this order, a copy will be mailed to all necessary parties not receiving electronic notice set forth below.

Date:  January 4, 2022                    /s/ Katherine Dickinson
                                                           Katherine Dickinson
                                                           BWW Law Group, LLC
                                                           *Counsel for the Movant*

Herbert L. Beskin, Trustee
123 East Main St., Ste. 310
Charlottesville, VA 22902

Stephen E. Dunn, Esq.
201 Enterprise Drive, Suite A

Forest, VA 24551

Richard S. Erb
587 Toll Gate Rd
Concord, VA 24538

Heidi L. Brennan-Erb
587 Toll Gate Rd
Concord, VA 24538